UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

IN RE
Francisca Deleon Brown

    Debtor.

Chapter: 13

Case No. 09-16991-RDM

**ORDER PURSUANT TO HEARING UPON WELLS FARGO BANK, N.A. MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Pursuant to the motion for relief from automatic stay of Wells Fargo Bank, N.A., its successors and/or assignees (hereinafter "the movant") with respect to the property located at 5207 Teaberry Ln, Fitchburg, WI 53711-7655, this matter was heard on January 24, 2011, the movant appearing through its counsel, Gray & Associates, L.L.P., by Christopher C. Drout, and the debtor(s) appearing through Baner & Associates, by Pablo Carranza, and upon the arguments and statements of counsel and all the files, records and proceedings herein,

Drafted by:

Christopher C. Drout
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: cdrout@gray-law.com

Gray & Associates, L.L.P. is attempting to collect a debt on our client's behalf and any information obtained will be used for that purpose.  If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.

IT IS HEREBY ORDERED that the movant may file a supplemental claim for the post-petition arrearage which exists through the end of January 2011 in the amount of $3,462.52.

The arrearage is itemized as follows:

| | |
|---|---:|
| 9/1/10 through 1/1/11<br>5 mortgage payments @ $1,563.18 | $7,815.90 |
| Property Preservation Fees | 15.00 |
| Attorney Fees and Costs | 600.00 |
| Suspense | (168.38) |
| Payment received 11/29/2010 | (1,600.00) |
| Payment received 12/13/2010 | (1,600.00) |
| Payment received 1/10/2011 | (1,600.00) |
| TOTAL ARREARAGE | $3,462.52 |

IT IS FURTHER ORDERED that commencing in February 2011 through and including July 2011, the debtor shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due.   In the event any such payment is not received in a timely manner, counsel for the movant may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the court for signature.

IT IS FURTHER ORDERED that commencing in August 2011, the debtor shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due.   In the event any such payment is not received in a timely manner, counsel for the movant may request by letter another hearing upon the motion for relief from the automatic stay.

IT IS FURTHER ORDERED that pending further notice, the amount of the monthly mortgage payment is $1,563.18 and payments shall be made to the movant at Wells Fargo Bank, N.A., 1 Home Campus, Bankruptcy Payment Processing, MAC# x2302-04c Des Moines, IA 50328.

#####